EXECUTION COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WACHOVIA CORPORATION,

              Plaintiff,

    v.                                   08-CV-8503 (SAS)

CITIGROUP INC.,

              Defendant.

------------------------------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/19/10*

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED that the above-captioned action be and the same is hereby discontinued with prejudice and without costs to either party as against the other.

Dated:   New York, New York
            November 18, 2010

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: /s/ Eric Seiler / DBR
    Eric Seiler, Esq.
    1633 Broadway
    New York, New York 10019
    (212) 833-1100

*Attorneys for Plaintiff*

GREGORY P. JOSEPH LAW OFFICES LLC

By: /s/
    Gregory P. Joseph, Esq.
    485 Lexington Avenue, 30th Floor
    New York, New York 10017
    (212) 407-1210

*Attorneys for Defendant*

**SO ORDERED:**

_____
United States District Judge